1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THEODORE W. GILMORE,<br><br>   Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART, Commissioner of the Social Security Administration,<br><br>   Defendant. | CASE NO. C05-5221RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge,, as well as the underlying record, does hereby ORDER:

(1)   The Court ADOPTS the Report and Recommendation [Dkt. #19];

(2)   The administrative decision is REMANDED for further proceedings consistent with the R&R; and

(3)   The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge J. KELLEY ARNOLD.

DATED this 9th day of March, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1