IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| THEODORE W. GILMORE, | ) | Civil No. C05-5221-RBL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant | ) | |

Based on the stipulation of the parties it is hereby ORDERED, that Plaintiff's counsel Teal M. Parham should be awarded attorney fees in the amount of $5,619.20, expenses totaling $53.50, and costs totaling $277.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920.

DATED this 6th day of June, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:
s/TEAL M. PARHAM  WSB #21954
Attorney for Plaintiff
910 12th Avenue
Longview WA  98632
Telephone:  (360) 423-3810
FAX:  (360) 423-3812
tparham@mcleodusa.net